Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

| | |
|---|---|
| LOUISE K. Y. ING | 2394 |
| WENDY F. HANAKAHI | 7963 |
| SCOTT M. PRANGE | 10118 |

1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   ling@ahfi.com
              whanakahi@ahfi.com
              sprange@ahfi.com

Attorneys for Defendants
HALE MAHAOLU and
HALE MAHAOLU, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MICHAEL YDIGORAS,<br><br>        Plaintiff,<br><br>   vs.<br><br>HALE MAHAOLU<br>HALE MAHAOLU, LLC,<br><br>        Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331, 1441, and 1446;** DECLARATION OF WENDY F. HANAKAHI; EXHIBIT "A"; CERTIFICATE OF SERVICE |

1019042v1/12952-1

## NOTICE OF REMOVAL OF CIVIL ACTION UNDER
## 28 U.S.C. §§ 1331, 1441, and 1446

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR HAWAI`I, AND THE CLERK OF COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and for the sole purpose of removing the above-captioned matter, which was commenced in the District Court of the Second Circuit, Wailuku Division, State of Hawai`i, as DC-Civil No. 18-1-0240, to this United States District Court, District of Hawai`i, Defendants HALE MAHAOLU and HALE MAHAOLU, LLC (collectively "Hale Mahaolu") state that removal is proper for the following reasons:

1. Plaintiff Michael Ydigoras filed this action against Hale Mahaolu on March 7, 2018, in the District Court of the Second Circuit, Wailuku Division, State of Hawai`i, case entitled, *Michael Ydigoras v. Hale Mahaolu et al.*, identified as DC-Civil No. 18-1-0240 (the "Complaint"). A true and correct copy of the Complaint for Violation of Civil Rights and Summons in this action are attached hereto as Exhibit "A."

2. In his Complaint, Plaintiff alleges that he is disabled, that he was an applicant for housing with Hale Mahaolu, and that he experienced discrimination and retaliation. (Compl. ¶¶ 1, 3, 5, 7, 17-19, 21, Ex. "A.") Plaintiff also alleges that Hale Mahaolu granted him an "ADA Reasonable Accommodation

Request for Modification of Policy and procedure" that allowed him automatic application to all of Hale Mahaolu's present and future properties, which Hale Mahaolu did not do. (*Id.* ¶¶ 3, 5, 10, 13.) Further, Plaintiff alleges that he received a letter from Hale Mahaolu's attorney that contained "slanderous false accusations" that was retaliatory and in violation of his civil rights. (*Id.* ¶¶ 15, 16, 20.)

   3. On May 21, 2018, Plaintiff served the Complaint and Summons on Hale Mahaolu.

   4. No further proceedings have been had, and thirty days have not elapsed since this action became removable to this Court. Thus, removal of this action is timely under 28 U.S.C. § 1446(b).

   5. Hale Mahaolu has the right to remove DC-Civil No. 18-1-0240 to this Court pursuant to 28 U.S.C. §§ 1331 and 1441 because Plaintiff's claims against Hale Mahaolu arise under federal law. Specifically, Plaintiff appears to allege claims under the Americans with Disabilities Act ("ADA"). (Compl. ¶¶ 3, 5, 13, 17-19, 21, Ex. "A.") The ADA is codified at 42 U.S.C. §§ 12101-12213. This Court has subject matter jurisdiction over any claims not arising under federal law pursuant to 28 U.S.C. § 1367.

   6. Venue is proper in the District of Hawai`i pursuant to 28 U.S.C. § 1391(a) inasmuch as the events giving rise to the instant lawsuit, as alleged in the

Complaint, allegedly occurred in the District of Hawai`i. (Compl. ¶¶ 3, 10, Ex. "A.")

      7.     Pursuant to 28 U.S.C. § 1446(d), Hale Mahaolu will provide Plaintiff with written notice of the filing of this Notice of Removal, and will file a copy of the Notice of Removal with the Clerk of the District Court of the Second Circuit, Wailuku Division, State of Hawai`i.

      8.     By filing this Notice of Removal, Hale Mahaolu waives no defenses to the Complaint.

Based on the foregoing, Hale Mahaolu hereby respectfully removes this action to the United States District Court for the District of Hawai`i.

DATED: Honolulu, Hawai`i, June 1, 2018.

/s/ Wendy F. Hanakahi
LOUISE K. Y. ING
WENDY F. HANAKAHI
SCOTT M. PRANGE

Attorneys for Defendants
HALE MAHAOLU and
HALE MAHAOLU, LLC